IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LONZELL GREEN,

    Petitioner,

    v.

JAMES WALKER, Warden,

    Respondent.
_____/

No. C-09-5789 TEH (PR)

ORDER OF DISMISSAL; DENYING CERTIFICATE OF APPEALABILITY

This habeas corpus action by a pro se prisoner was filed on December 9, 2009. Doc. #1. The Court notified Petitioner in writing at that time that the action was deficient because he did not pay the requisite $ 5.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application, including a signed and completed certificate of funds in his prison account and a copy of his prison trust account statement for the last six months. See 28 U.S.C. § 1915(a)(2). Petitioner was advised that failure to file the requested items within thirty (30) days would result in dismissal of the action. Doc. #2.

//

Over forty (40) days have elapsed since Petitioner was notified of his filing deficiency; however, he has not provided the Court with the requisite items, or sought an extension of time to do so. Accordingly, the action is DISMISSED without prejudice.

Further, a Certificate of Appealability is DENIED. <u>See</u> Rule 11(a) of the Rules Governing Section 2254 Cases (eff. Dec. 1, 2009). Petitioner is advised that he may not appeal the denial of a Certificate of Appealability in this Court; rather, he may seek a certificate from the Court of Appeals

The Clerk shall terminate any pending motions as moot and close the file.

IT IS SO ORDERED.

DATED  01/22/10

**THELTON E. HENDERSON**
**United States District Judge**

G:\PRO-SE\TEH\HC.09\Green-09-5789-dismissal-ifp deficiency.wpd

2